In the Matter of the Application of FLORENCE KORITZ for Admission to the Bar. (From the Commonwealth of Massachusetts.) — Application granted. Present — Young, Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of JEREMIAH FRANCIS O'NEILL for Admission to the Bar. (From the Commonwealth of Massachusetts.) — Application granted. Present — Young, Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of MORRIS F. PEARLMAN for Admission to the Bar. (From the State of New Jersey.) — Application granted. Present — Young, Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of HARRY PERLIN for Admission to the Bar. (From the State of Maryland.) — Application granted. Present — Young, Kapper, Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of JOSEPH ROSTHAL for Admission to the Bar. (From the State of New Jersey.)— Application granted. Present — Young, Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of ABRAHAM ZIEGLER for Admission to the Bar. (From the State of Georgia.) — Application granted. Present — Young, Kapper, Hagarty, Carswell and Davis, JJ.

FRIEDA JANKE, Respondent, v. HENRY DABROWSKI, Defendant; ERNEST WEINGARDT, Sued Herein as IRVING WEINGARDT, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ALICE LEVIC, as Administratrix of the Goods, etc., of VLADMIR LEVIC, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.—Motion for leave to appeal to the Appellate Division granted; appellant to file with the appeal a stipulation for judgment absolute in the event of an affirmance, pursuant to the stipulation contained in the motion papers. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.